UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PAUL DARRYL SWAIN (#118413)

VERSUS

PERRY RUSHING, ET AL.

CIVIL ACTION

NO. 13-106-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated June 3, 2013 (doc. no. 11) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED, without prejudice, for failure to pay the Court's filing fee.

Baton Rouge, Louisiana, this 27th day of June, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA